### UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** Luis Fernando Yanes Benitez

**Case Number:** 25−11448−KHK       **Date Filed:** July 18, 2025

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is *www.vaeb.uscourts.gov* and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file conventionally, **then**

3. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  July 21, 2025                                           Charri S Stewart
[VAN062vJul2025.jsp]                                            Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:     Case No. 25-11448-KHK

Luis Fernando Yanes Benitez     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: Nathaniel     Page 1 of 2

Date Rcvd: Jul 21, 2025     Form ID: VAN062     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Fernando Yanes Benitez, 2160 Astoria Cir. Apt. 115, Herndon, VA 20170-4081 |
| 16774490 | + | Emma Kisamore, 2160 Astoria Cir, Apt 115, Herndon, VA 20170-4081 |
| 16774491 | + | Lendmark Fin Servs, 510-H E Market St, Leesburg, VA 20176-4112 |
| 16774492 | + | Northern Virginia Regional Park Authority, 5400 Ox Road,, Fairfax Station, VA 22039-1052 |
| 16774493 | | Portfolio Recovery, Riverside Commerce Center, Norfolk, VA 23502 |
| 16774495 | + | RD/BP/Dulles, 91 E 700 S, Logan, UT 84321-5769 |
| 16774499 | + | VIRGINIA RISK SHARING ASSOCIATION, P. O. Box 3239, Glen Allen, VA 23058-3239 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16774487 | + | Email/Text: bankruptcy-incoming-mails@one.app | Jul 22 2025 01:01:00 | CCB One Progress Serv, PO Box 513717, Los Angeles, CA 90051-3717 |
| 16774488 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 22 2025 01:02:00 | Credit Collections, 725 Canton St, Norwood, MA 02062-2679 |
| 16774489 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2025 01:31:03 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 16774494 | + | Email/Text: bwiese@rbcvlaw.com | Jul 22 2025 01:00:00 | Randolph Boyd Cherry & Vaughan, 14 E Main St, Richmond, VA 23219-2110 |
| 16774496 | + | Email/Text: joey@rmscollect.com | Jul 22 2025 01:02:00 | Receivables Management, 7206 Hull St Rd Ste 21, Richmond, VA 23235-5827 |
| 16774497 | | Email/Text: legalservices12@snaponcredit.com | Jul 22 2025 01:01:00 | Snap On Credit, 950 Technology Way #301, Libertyville, IL 60048 |
| 16774498 | + | Email/Text: bankruptcy@dss.virginia.gov | Jul 22 2025 01:01:00 | VA Department of Social Serv, Division of Child Suppt Enf., PO Box 550, Richmond, VA 23218-0550 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 2 of 2 |
| Date Rcvd: Jul 21, 2025 | Form ID: VAN062 | Total Noticed: 14 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Luis Fernando Yanes Benitez dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Kevin R. McCarthy | krm@mccarthywhite.com  kmccarthy@premierremote.com;DC07@ecfcbis.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3