Certificate Number: 06531-VAE-DE-040195166

Bankruptcy Case Number: 25-11448



06531-VAE-DE-040195166

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 13, 2025, at 9:03 o'clock PM CDT, Luis F Yanes Benitez completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:  October 13, 2025           By:   /s/Lizbeth Gallardo Rosas

                                  Name: Lizbeth Gallardo Rosas

                                  Title: Certified Credit Counselor