UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| Luis Fernando Yanes Benitez ) | |
| ) | Case No.    25-11448-KHK |
| Debtor. ) | Chapter 7 |
| ) | |

MOTION TO REDEEM 2006 MAZDA MIATA/MX-5 CONVERTIBLE

COMES NOW the above-named Debtor, by and through counsel, and move pursuant to 11 U.S.C. § 722 to redeem his 2006 Mazda Miata/Mx-5 Convertible vehicle for $1.00. In support hereof, Debtor states as follows:

1. Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on July 18, 2025. This Court has jurisdiction over this matter pursuant to 28 USC §§ 11334 and 157. This is a core proceeding.

2. At the time of filing, debtor claimed as exempt personal property a 2006 MAZDA MIATA/MX-5 CONVERTIBLE, VIN No. JM1NC25F060102865 (hereinafter referred to as "vehicle"), in which collateral Lendmark Financial Services LLC (Lendmark) is a secured creditor. At the time of filing, debtor owed Lendmark approximately $8854. No proof of claim has been filed.

3. Debtor holds the vehicle primarily for personal, family and household use, and it was

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

claimed as exempt property pursuant to 11 USC section 522.

4.      The § 341 meeting has been concluded and the Trustee has filed a no-asset report stating his intention to abandon the vehicle.

5.      The vehicle, now and at the time of filing, is inoperable, and valueless.  The engine blew shortly after Debtor purchased it.   It would cost more to repair this vehicle to make it operable than what it would be worth at that point.

6.      As such, the fair market value of the car at the time of filing was $0.   Debtor filed a statement of intention to surrender the vehicle to the lender, but the lender has to date failed and refused to repossess the vehicle, thereby acknowledging that it is worthless.

7.      The Debtor wishes to redeem the car so that he has a clear title in order to dispose of the car.   Redemption for $1 under these circumstances is appropriate. *In re Groth*, 269 B.R. 766 (Bankr. S.D. Ohio 2001).  Alternatively, if Lendmark contests this motion, Debtor will expect Lendmark to promptly remove its collateral from Debtors' housing development.  Should Lendmark oppose this motion and refuse to either release its lien or remove its collateral, this will constitute a violation of the automatic stay and/or discharge injunction. *Pratt v. GMAC (In re Pratt),* 462 F.3d 14 (1st Cir. Me. 2006)

8.      The Debtor will be able to pay for the redemption from exempt funds and post-petition earnings.

        WHEREFORE, debtor respectfully request that he be allowed to redeem the vehicle from Lendmark by paying Lendmark the sum of $1 within thirty (30) days of the entry of such an Order, and that Lendmark release its secured interest and/or lien, and deliver the title with a release of lien on the appropriate DMV form to the Debtor within ten (10) days of receipt of said

funds and a copy of the Order herein.

Dated: October 21, 2025.

                                            Respectfully submitted,

                                            __/s/Daniel M. Press_____
                                            Daniel M. Press, VSB# 37123
                                            CHUNG & PRESS, P.C.
                                            6718 Whittier Avenue, Suite 200
                                            McLean, Virginia 22101
                                            dpress@chung-press.com
                                            (703) 734-3800

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of October, 2025, I caused the foregoing Motion to be served on the secured creditor by first class mail, postage prepaid, addressed to:

Lendmark Financial Services LLC
C T CORPORATION SYSTEM, Reg. Agt.
4701 Cox Rd Ste 285,
Glen Allen, VA, 23060 – 6808

and upon the Trustee, U.S. Trustee, and all parties requesting notice, by CM/ECF.

                                            __/s/Daniel M. Press_____
                                            Daniel M. Press