UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| Luis Fernando Yanes Benitez ) | |
| ) | Case No.    25-11448-KHK |
| Debtor. ) | Chapter 7 |
| ) | |

NOTICE OF HEARING ON MOTION BY DEBTOR TO REDEEM

**TO: Lendmark Financial Services. LLC**

Luis Fernando Yanes Benitez, Debtor, has filed with the court a 2006 MAZDA MIATA/MX-5 CONVERTIBLE.

**Your rights may be affected. You should read the papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

x   On or before November 11, 2025, file with the court, at Clerk of Court, United States Bankruptcy Court, 200 S. Washington Street, Alexandria, Virginia 22314, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(G). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

x   Attend the hearing scheduled to be held on November 18, 2025, at 11:00 a.m. in Courtroom III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. **If no timely response has been filed opposing the relief requested, the court may grant the relief**

```
Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor
```

**without holding a hearing.**

NOTICE

Under Local Bankruptcy Rule 9013-1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within 21 days after service, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. A copy of any written response must be mailed to the following persons:

>Daniel M. Press, Esq.
>CHUNG & PRESS, P.C.
>6718 Whittier Ave., Suite 200
>McLean, VA 22101
>703) 734-3800

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: October 21, 2025.

Respectfully submitted,

__/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
dpress@chung-press.com
(703) 734-3800

Counsel for Debtor

CERTIFICATE OF SERVICE

       This is to certify that on this 21st day of October, 2025, I caused the foregoing Notice to be served by CM/ECF on the Chapter 7 Trustee and US Trustee and by first-class mail, postage pre-paid upon:

Lendmark Financial Services LLC
C T CORPORATION SYSTEM, Reg. Agt.
4701 Cox Rd Ste 285,
Glen Allen, VA, 23060 – 6808

                                                           /s/Daniel M. Press
                                                           Daniel M. Press