**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Luis Fernando Yanes Benitez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1054<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Virginia | |
| Case number: | 25–11448–KHK | |

## Discharge of Debtor                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Luis Fernando Yanes Benitez

October 20, 2025                                   **For the court:**        Charri S Stewart
                                                                              Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:   Case No. 25-11448-KHK
Luis Fernando Yanes Benitez   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: admin     Page 1 of 2
Date Rcvd: Oct 21, 2025     Form ID: 318     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Fernando Yanes Benitez, 2160 Astoria Cir. Apt. 115, Herndon, VA 20170-4081 |
| 16774490 | + | Emma Kisamore, 2160 Astoria Cir, Apt 115, Herndon, VA 20170-4081 |
| 16774491 | + | Lendmark Fin Servs, 510-H E Market St, Leesburg, VA 20176-4112 |
| 16774492 | + | Northern Virginia Regional Park Authority, 5400 Ox Road,, Fairfax Station, VA 22039-1052 |
| 16774493 | | Portfolio Recovery, Riverside Commerce Center, Norfolk, VA 23502 |
| 16774495 | + | RD/BP/Dulles, 91 E 700 S, Logan, UT 84321-5769 |
| 16774499 | + | VIRGINIA RISK SHARING ASSOCIATION, P. O. Box 3239, Glen Allen, VA 23058-3239 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16774487 | + | Email/Text: bankruptcy-incoming-mails@one.app | Oct 22 2025 01:26:00 | CCB One Progress Serv, PO Box 513717, Los Angeles, CA 90051-3717 |
| 16774488 | + | EDI: CCS.COM | Oct 22 2025 05:06:00 | Credit Collections, 725 Canton St, Norwood, MA 02062-2679 |
| 16774489 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 22 2025 01:30:42 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 16774494 | + | Email/Text: bwiese@rbcvlaw.com | Oct 22 2025 01:24:00 | Randolph Boyd Cherry & Vaughan, 14 E Main St, Richmond, VA 23219-2110 |
| 16774496 | + | Email/Text: joey@rmscollect.com | Oct 22 2025 01:27:00 | Receivables Management, 7206 Hull St Rd Ste 21, Richmond, VA 23235-5827 |
| 16774497 | | Email/Text: legalservices12@snaponcredit.com | Oct 22 2025 01:25:00 | Snap On Credit, 950 Technology Way #301, Libertyville, IL 60048 |
| 16774498 | + | Email/Text: bankruptcy@dss.virginia.gov | Oct 22 2025 01:26:00 | VA Department of Social Serv, Division of Child Suppt Enf., PO Box 550, Richmond, VA 23218-0550 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0422-9 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 21, 2025 | Form ID: 318 | Total Noticed: 14 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Luis Fernando Yanes Benitez dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Kevin R. McCarthy | krm@mccarthywhite.com  kmccarthy@premierremote.com;DC07@ecfcbis.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3