UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| Luis Fernando Yanes Benitez ) | |
| ) | Case No.    25-11448-KHK |
| Debtor. ) | Chapter 7 |
| ) | |

ORDER GRANTING MOTION TO REDEEM 2006 MAZDA MIATA/MX-5 CONVERTIBLE

Upon consideration of the Debtor's Motion to Redeem his 2006 Mazda Miata/MX-5 Convertible, there being no response thereto, the Motion and Notice having been properly served on Lienholder Lendmark Financial Services LLC ("Lendmark"), and it appearing that debtor claimed as exempt personal property his 2006 Mazda Miata/MX-5 Convertible (the "vehicle"), in which collateral Lendmark is a secured creditor; that Debtor holds the Vehicle primarily for personal, family and household use; that the Trustee stated his intent to abandon the vehicle; and that the fair market value of the Vehicle at the time of filing was $0; it is hereby

ORDERED that the Debtor be and hereby is allowed to redeem the vehicle from Lendmark by paying Lendmark the sum of $1 prior to thirty (30) days after entry of this Order, and that Lendmark shall release its secured interest and/or lien, and deliver the title to the vehicle, free and clear, and a release of lien on the appropriate DMV form to the Debtor within ten (10) days of receipt of said $1 and a copy this Order.

```
Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor
```

Dated: Nov 12 2025

/s/ Klinette H Kindred
Judge, U.S. Bankruptcy Court

Entered on Docket: Nov 13 2025

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
Counsel for the Debtor

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/Daniel M. Press
Daniel M. Press

Copies to:

Counsel for Debtor by CM/ECF

Lendmark Financial Services LLC
C T CORPORATION SYSTEM, Reg. Agt.
4701 Cox Rd Ste 285,
Glen Allen, VA, 23060 – 6808