UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| Luis Fernando Yanes Benitez ) | |
| ) | Case No.    25-11448-KHK |
| Debtor. ) | Chapter 7 |
| _____) | |

ORDER GRANTING MOTION TO REDEEM 2006 MAZDA MIATA/MX-5 CONVERTIBLE

Upon consideration of the Debtor's Motion to Redeem his 2006 Mazda Miata/MX-5 Convertible, there being no response thereto, the Motion and Notice having been properly served on Lienholder Lendmark Financial Services LLC ("Lendmark"), and it appearing that debtor claimed as exempt personal property his 2006 Mazda Miata/MX-5 Convertible (the "vehicle"), in which collateral Lendmark is a secured creditor; that Debtor holds the Vehicle primarily for personal, family and household use; that the Trustee stated his intent to abandon the vehicle; and that the fair market value of the Vehicle at the time of filing was $0; it is hereby

ORDERED that the Debtor be and hereby is allowed to redeem the vehicle from Lendmark by paying Lendmark the sum of $1 prior to thirty (30) days after entry of this Order, and that Lendmark shall release its secured interest and/or lien, and deliver the title to the vehicle, free and clear, and a release of lien on the appropriate DMV form to the Debtor within ten (10) days of receipt of said $1 and a copy this Order.

```
Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor
```

Dated: Nov 12 2025        /s/ Klinette H Kindred
                                                   Judge, U.S. Bankruptcy Court

Entered on Docket:    Nov 13 2025

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
Counsel for the Debtor

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                                  /s/Daniel M. Press
                                                  Daniel M. Press

Copies to:

Counsel for Debtor by CM/ECF

Lendmark Financial Services LLC
C T CORPORATION SYSTEM, Reg. Agt.
4701 Cox Rd Ste 285,
Glen Allen, VA, 23060 – 6808

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-11448-KHK |
| Luis Fernando Yanes Benitez | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Nathaniel | Page 1 of 1 |
| Date Rcvd: Nov 13, 2025 | Form ID: pdford11 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Fernando Yanes Benitez, 2160 Astoria Cir. Apt. 115, Herndon, VA 20170-4081 |
| | + | Lendmark Financial Services LLC, CT Corporation System, Reg. Agt., 4701 Cox Road, Ste. 285, Glen Allen, VA 23060-6808 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2025           Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Luis Fernando Yanes Benitez dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Kevin R. McCarthy | krm@mccarthywhite.com kmccarthy@premierremote.com;DC07@ecfcbis.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3